**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

|  |  |
|---|---|
| VETERANS GUARDIAN VA CLAIM CONSULTING, LLC; DAVID B. NEEDHAM; ERIC D. DOSTIE; and JEREMIAH J. WESBROCK,<br><br>              Plaintiffs,<br><br>v.<br><br>AARON FREY, in his official capacity as Attorney General of Maine,<br><br>              Defendant. | No. 1:24-cv-00290-LEW |

**MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD**

NOW COMES the undersigned co-counsel of record for Plaintiffs Veterans Guardian VA Claim Consulting, LLC, David B. Needham, Eric D. Dostie, and Jeremiah J. Wesbrock in the above-captioned action and hereby requests leave of Court to withdraw as counsel pursuant to U.S. District Court for the District of Maine Local Rule 83.2.  Going forward, Plaintiffs will continue to be represented in this litigation by Paul McDonald and Joshua I. Burger of Bernstein, Shur, Sawyer & Nelson, P.A., as well as Caroline L. Wolverton, Raul C. Paez, and Natalia Heguaburo of Akin Gump Strauss Hauer & Feld LLP.  The Plaintiffs are aware of and have no objection to the withdrawal of the undersigned as co-counsel. No party will be prejudiced by the granting of this request.

Dated: February 18, 2026

Respectfully submitted,

*/s/ Martine E. Cicconi*

Martine E. Cicconi*
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC 20001
Tel: (202) 636-5941
Email: martine.cicconi@stblaw.com

*Counsel for Plaintiffs*
*\* Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on February 18, 2026.

/s/  *Martine E. Cicconi*

Martine E. Cicconi